IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE JOHNSON | ) ) ) ) | NO. 3:09-mc-00077<br>JUDGE HAYNES |

**ORDER**

Upon review of the file, the Clerk of Court mailed a copy of an Order in this action to the Plaintiff on June 8, 2009. A copy of this Order was returned to the Court as "Refused" and "no such address." (Docket Entry No. 7).

Under Fed. R. Civ. P. 5(b), service is effective upon mailing to the party's last known address. It is a party's responsibility to inform the Court of his address so as to enable the Court to inform all parties of matters arising in the litigation. <u>Downs v. Pyburn</u>, No. 3:87-0471 (M.D. Tenn. Order filed September 4, 1987). The Plaintiff has failed to inform the Court of her new address, and the Court is unable to conduct the necessary proceedings in this action.

Accordingly, this action is **DISMISSED** without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure for Plaintiff's failure to prosecute.

It is so **ORDERED**.

ENTERED this the ___ day of July, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge